IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAQUALON BREWER**                                                                **PLAINTIFF**
**ADC #173879**

v.                      **Case No. 4:22-CV-01064-LPR**

**LESLIE RUTLEDGE**                                                 **DEFENDANT**

## ORDER

Plaintiff Jaqualon Brewer is in custody at the East Arkansas Regional Unit of the Arkansas Division of Correction. He filed this action *pro se* without prepayment of the $402 filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit. To proceed with this action, Mr. Brewer must **either** pay the $402[1] filing fee **or** complete an Application to Proceed Without Prepayment of Fees and Affidavit within 30 days from the entry of this Order. If he does not do one or the other within 30 days, his case will be dismissed. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to send Mr. Brewer an Application to Proceed Without Prepayment of Fees and Affidavit, including calculation sheet and certificate, along with a copy of this Order.

IT IS SO ORDERED this 27th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Effective December 1, 2020, the cost for filing a new civil case is $402. The increase is due to a new $52 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.