IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAQUALON BREWER** **PLAINTIFF**
**ADC #173879**

v. Case No. 4:22-CV-01064-LPR

**LESLIE RUTLEDGE** **DEFENDANT**

## ORDER

Plaintiff Jaqualon Brewer is in custody at the East Arkansas Regional Unit of the Arkansas Division of Correction. He filed this action *pro se*.[1] Mr. Brewer did not pay the $402 filing and administrative fee or file a complete Application to Proceed Without Prepayment of Fees and Affidavit. On February 27, 2023, the Court instructed Mr. Brewer that to proceed with this action, he must either pay the filing fee or file a complete IFP Application within 30 days.[2] Mr. Brewer was warned that his failure to comply with the Order would result in the dismissal of his case pursuant to Local Rule 5.5(c)(2).[3]

Mr. Brewer has not complied with or otherwise responded to the February 27, 2023 Order, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

---

[1] Pl.'s Compl. (Doc. 1).

[2] Order (Doc. 4).

[3] *Id*. Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

2

*in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 20th day of June 2023.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE